UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAMMAD KHAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PRESLEY, et al.,<br><br>　　　　Defendants. | Case No. 24-cv-03905 BLF (PR)<br><br>**ORDER DIRECTING PLAINTIFF TO FILE NOTICE OF CHANGE OF ADDRESS AND INTENT TO PROSECUTE** |

　　On June 28, 2024, Plaintiff, a state prisoner, filed the instant civil rights action pursuant to 42 U.S.C. § 1983. Dkt. No. 1. Plaintiff also filed a motion for leave to proceed *in forma pauperis* ("IFP"). Dkt. No. 2. Recently, the Court received notice in another pending matter that Plaintiff has been paroled. *See Khan v. Payton, et al.*, Case No. 20-cv-03086, Docket No. 95.[1] However, Plaintiff has not filed a notice of change of address in that matter or in this action.

　　Pursuant to Northern District Local Rule 3-11, a party proceeding *pro se* must promptly file a notice of change of address while an action is pending. *See* L.R. 3-11(a).

---

[1] A search by Plaintiff's name and CDCR Number (BF7156) in the CDCR's Inmate Locator also reveals no such person in CDCR's custody as of the date this order was filed. https://ciris.mt.cdcr.ca.gov

The Court may, without prejudice, dismiss a petition when: (1) mail directed to the *pro se* party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the pro se party indicating a current address. *See* L.R. 3-11(b).

Plaintiff is ordered to file a notice of change of address and intent to prosecute **no later than twenty-eight (28) days** from the date this order is filed.

**Failure to respond to this order will result in the dismissal without prejudice of this matter under Local Rule 3-11(b).**

**IT IS SO ORDERED.**

Dated:  __August 19, 2024___

_____
BETH LABSON FREEMAN
United States District Judge

Order Directing Pl to file COA and Intent to Prosecute
PRO-SE\BLF\CR.24\03905Khan_change.of.address