UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAMMAD KHAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PRESLEY, et al.,<br><br>　　　　Defendants. | Case No. 24-cv-03905 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT AND NON-PRISONER *IN FORMA PAUPERIS* APPLICATION; DIRECTING CLERK TO FILE PLAINTIFF'S MOTION UNDER SEAL**<br><br>(Docket No. 7) |

　　　　Plaintiff, a state parolee, filed the instant civil rights action pursuant to 42 U.S.C. § 1983 for unconstitutional acts that took place at the Correctional Training Facility, where he was formerly housed. Dkt. No. 1. On December 2, 2024, the Court dismissed the complaint with leave to amend. Dkt. No. 6. Plaintiff was directed to file a response within twenty-eight days from the date the order was filed. *Id.* at 5-6. Plaintiff's motion for leave to proceed *in forma pauperis* was also on the wrong form since he is no longer incarcerated; he was provided with a non-prisoner IFP application to be filed in the same time provided. *Id*. at 6.

　　　　Plaintiff has filed a motion for an extension of time until February 1, 2025, to file an amended complaint due to the delay in notifications from ECF/PACER and difficulties writing/typing. Dkt. No. 7. Good cause appearing, the motion is **GRANTED**. Plaintiff

shall file a response to the Court's initial review order no later than **February 1, 2025**. Dkt. No. 7 at 1.

Plaintiff provides a letter from his care provider regarding his difficulty writing/typing. Dkt. No. 7 at 2. He requests an accommodation under the "ADA and Rehab act" for double the time to file the requested pleadings, and for the court to connect him with the "ADA coordinator of this court," a request which he asserts is "protected under HIPAA; requesting confidentially of medical information provided." *Id.* at 1. There is no "ADA coordinator" for the Court. Rather, in order to protect Plaintiff's medical privacy, the Court shall order the Clerk to file Plaintiff's medical document under seal. Furthermore, the Court will keep in mind Plaintiff's request for additional time in setting future deadlines.

Plaintiff shall file an amended complaint using the court's form complaint to correct the deficiencies described in the court's Order of Dismissal with Leave to Amend. Dkt. No. 6. The amended complaint must include the caption and civil case number used in this order, *i.e.*, Case No. C 24-cv-03905 BLF (PR), and the words "FIRST AMENDED COMPLAINT" on the first page. Plaintiff must answer all the questions on the form in order for the action to proceed. Plaintiff is reminded that the amended complaint supersedes the original complaint, and Plaintiff may not make references to the original. Claims not included in the amended complaint are no longer claims and defendants not named therein are no longer defendants. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir.1992).

**Failure to respond in accordance with this order by filing an amended complaint or notice in the time provided will result in the dismissal of this action for failure to state a claim for relief without further notice to Plaintiff. Furthermore, this action will only proceed if Plaintiff files the non-prisoner IFP application as stated in the last court order.** Dkt. No. 6 at 6.

The Clerk shall file Plaintiff's motion under SEAL as it contains private medical

2

information.  Dkt. No. 7.

This order terminates Docket No. 7.

**IT IS SO ORDERED.**

Dated:  \_**January 17, 2025**\_\_\_\_

_____
BETH LABSON FREEMAN
United States District Judge

Order Granting Mot. for EOT to file AC & IFP
PRO-SE\BLF\CR.24\03905Khan_eot-ac&IFP

3