UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAMMAD KHAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PRESLEY, et al.,<br><br>　　　　Defendants. | Case No. 24-cv-03905 BLF (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT; INSTRUCTIONS TO CLERK** |

　　　　Plaintiff, a state parolee, filed the instant civil rights action pursuant to 42 U.S.C. § 1983 for unconstitutional acts that took place at the Correctional Training Facility, where he was formerly housed. Dkt. No. 1. On May 28, 2025, the Court screened the amended complaint and dismissed several claims for failure to state a claim for relief and dismissed an Eighth Amendment claim with leave to amend. Dkt. No. 10. Plaintiff was directed to file a second amended complaint within twenty-eight days, i.e., by June 25, 2025. *Id.* at 8.

　　　　On June 12, 2025, a copy of that court order mailed to Plaintiff was returned as undeliverable. Dkt. No. 11. Then on July 29, 2025, Plaintiff filed a notice of change of address. Dkt. No. 12. Because Plaintiff did not receive a copy of the last court order, the Court will sua sponte grant Plaintiff an extension of time to file a second amended complaint. Plaintiff's second amended complaint shall be filed **no later than August 29,**

2025.

The Clerk shall enclose a copy of its last court order with a copy of this order to Plaintiff.  Dkt. No. 10.

**IT IS SO ORDERED.**

Dated:  **July 31, 2025**

/s/ Beth Labson Freeman
BETH LABSON FREEMAN
United States District Judge

Order Granting EOT to file SAC
PRO-SE\BLF\CR.24\03905Khan_eot-SAC

2