UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MUHAMMAD KHAN,

    Plaintiff,

v.

PRESLEY, et al.,

    Defendants.

Case No. 24-cv-03905 BLF (PR)

**ORDER OF DISMISSAL**

On June 28, 2024, Plaintiff, a state prisoner, filed the instant civil rights action pursuant to 42 U.S.C. § 1983. Dkt. No. 1. On May 28, 2025, the Court granted leave to file a second amended complaint, and advised Plaintiff that failure to respond in the time provided would result in the dismissal with prejudice of this action for failure to state a claim for relief. Dkt. No. 10 at 8. On July 31, 2025, the Court granted Plaintiff an extension of time to file a second amended complaint by August 29, 2025. Dkt. No. 14. On August 12, 2025, a copy of the order sent to Plaintiff was returned as undeliverable. Dkt. No. 15. Another copy was resent the next day, and there is no indication that Plaintiff did not receive this last court mail.

The deadline to file a second amended complaint has long since passed, and Plaintiff has failed to do so or seek further extension of time. Accordingly, this action is

1   **DISMISSED** with prejudice for failure to state a claim for relief.

2        **IT IS SO ORDERED.**

3   Dated: October 22, 2025

4                                         BETH LABSON FREEMAN
United States District Judge